IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GRAND PARKWAY SURGERY CENTER, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-16-549 |
| HEALTH CARE SERVICE CORPORATION, A MUTUAL LEGAL RESERVE COMPANY d/b/a BLUECROSS BLUESHIELD OF ILLINOIS, | § § § § § § | |
| Defendant. | § | |

# ORDER

The court ordered the parties to file a joint letter advising whether an extension was needed for outstanding deadlines on the amended scheduling and docket control order. (Docket Entry No. 189). The parties responded; they do not yet agree. (Docket Entry Nos. 190, 191). The parties are ordered to confer on the amended scheduling and docket control order and submit a joint letter advising the court whether the parties have reached an agreement no later than **May 25, 2017**.

If the parties cannot reach an agreement and submit an amended scheduling docket and control order by that date, the parties must appear in Courtroom 11-B for a status conference on **May 30, 2017 at 8:30 a.m.**

      SIGNED on May 19, 2017, at Houston, Texas.

                                              Lee H. Rosenthal
                                    Chief United States District Judge